**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GEORGE EDWARD KNAPP, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 11-0232-CG-M** |
| | ) | |
| **NCB MANAGEMENT SERVICES,** | ) | |
| **INC. and BANK OF AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the court on the plaintiff's motion to dismiss with prejudice (Doc. 4), in which the plaintiff represents that this action has been settled.

Upon due consideration, the motion is hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 2nd day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE